# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE KOCHER,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS R. MCDONOUGH, SECRETARY<br>OF VETERANS AFFAIRS, UNITED<br>STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br>　　　　　　Defendant. | CIVIL ACTION<br>No. 22-3808 |

## ORDER

This 26th day of May, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 15) is **GRANTED in part** and **DENIED in part**.

1. Defendants' Motion is **GRANTED** regarding Plaintiff's claims for discrimination and hostile work environment set forth in Counts I, II, and IV, and these counts are **DISMISSED with prejudice**.

2. Defendants' Motion is **DENIED** regarding Plaintiff's claim for retaliation in Count III.

　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　United States District Judge